THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. RIDGEWAY, Appellant. [870 NYS2d 678]—

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [3]) and criminal possession of a weapon in the third degree (§ 265.02 [1]). Defendant failed to preserve for our review his contention that the evidence is legally insufficient to support the robbery conviction (*see People v Gray*, 86 NY2d 10, 19 [1995]). In any event, that contention is without merit. Viewing the evidence in the light most favorable to the People, as we must (*see People v Contes*, 60 NY2d 620, 621 [1983]), we conclude that it is legally sufficient to establish that defendant committed the crime of robbery in the first degree inasmuch as the People presented evidence that he displayed a weapon and demanded money (*see People v Edwards*, 46 AD3d 698 [2007], *lv denied* 10 NY3d 764 [2008]; *People v Elliot*, 298 AD2d 290 [2002], *lv denied* 99 NY2d 558 [2002]; *see also People v Fields*, 179 AD2d 458, 459 [1992]). We further conclude that the verdict is not against the weight of the evidence (*see People v Harding*, 243 AD2d 401 [1997], *lv denied* 91 NY2d 874 [1997]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]).

Finally, the sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.